15 So.2d 743
## C. A. CHAMBERS v. STATE.
### 7 Div. 76I.

Supreme Court of Alabama.
Oct. 28, 1943.

Rehearing Denied Dec. 16, 1943.

C. R. Robinson, of Birmingham, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of C. A. Chambers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chambers v. State, 15 So.2d 742.

Writ denied.

BOULDIN, FOSTER, and STAKELY, JJ., concur.